BAILEY *v.* FREEMAN.

LUMPKIN, J. This case is substantially controlled by the decisions in *Bennett* v. *Bird,* 139 *Ga.* 25 (76 S. E. 568), and *Spence* v. *Queen,* 139 *Ga.* 587 (77 S. E. 820). The demands sought to be asserted were barred by the statute of limitations; and where not expressly so appearing, the pleadings must be construed most strongly against the pleader. While the word "fraud" was freely used, no such facts were alleged as showed fraud preventing the discovery of the plaintiff's rights by the use of the slightest diligence on her part, or the bringing of suit by her within the statutory period. There was accordingly no error in dismissing the petition on demurrer setting up the bar of the statute.

*Judgment affirmed. All the Justices concur.*
MAY 16, 1913.

Equitable petition. Before Judge Hawkins. Laurens superior court. January 19, 1912.

*R. Earl Camp,* for plaintiff.

*J. S. Adams, M. H. Blackshear,* and *R. D. Flynt,* for defendant.